IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STEWARD HEALTHCARE SYSTEMS LLC,<br>　　　　*Plaintiff*,<br><br>　　v.<br><br>SANDRA PRUDHOMME,<br>　　　　*Defendant*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO.  1:23-CV-13-MJT-CLS<br>§<br>§<br>§ |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Steward Healthcare Systems LLC ("Steward") filed a Petition to Confirm Arbitration Award arising from an arbitration claim for employment discrimination initiated by Respondent Sandra Prudhomme.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this Court.  On April 26, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 11] in which she recommended (1) that Steward's Petition to Confirm Arbitration Award [Dkt. 1] be granted, and (2) that the district court enter an order that the arbitration award and findings issued on January 10, 2022, by Cecilia H. Morgan in her Arbitrator's Order [Dkt. 1-1] are comprehensively adopted and confirmed by the court.  To date, the Court has not received any objections.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 11] is ADOPTED.  Steward's Petition to Confirm Arbitration Award [Dkt. 1] is GRANTED.

**SIGNED this 19th day of May, 2023.**

Michael J. Truncale
United States District Judge